UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHAOPHONE SYCHANTHA,

    Plaintiff,

v.

    Case No. 24-cv-13043
    Honorable Linda V. Parker

LIVINGSTON COUNTY JAIL and
PRINGLE,

    Defendants.
_____/

## OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

On November 18, 2024, Livingston County Jail inmate Khaophone Sychantha ("Plaintiff") filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Plaintiff also filed an application to proceed without prepaying fees or costs, which this Court granted. (ECF No. 6.) On February 13, 2025, the Court issued an Opinion and Order summarily dismissing Plaintiff's claims against the Livingston County Jail and requiring him to file an amended complaint as to his claims against Pringle. (ECF No. 7.) The Court gave Plaintiff twenty-one (21) days (i.e., until March 6) to file his amended pleading and warned that the failure to do so or the filing of an amended complaint that failed to cure the deficiencies described in the decision may result in the dismissal of his claims with prejudice and without further notice.

As of this date, Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Pringle are **DISMISSED WITH PREJUDICE**.

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: March 13, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 13, 2025, by electronic and/or U.S. First Class mail.

        s/Aaron Flanigan
        Case Manager